**2006–2317. Weppler v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Joseph Weppler. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2006–0185. State v. Siler.**
Ashland App. No. 02 COA 028, 164 Ohio App.3d 680, 2005-Ohio-6591. On motion for admission pro hac vice of Alice Anna Phillips by Ramona Francesconi Rogers. Motion granted.

**2006–0690. Toledo v. Tellings.**
Lucas App. No. L–04–1224, 2006-Ohio-975. On motion for admission pro hac vice of Debora M. Bresch by Scott J. Saum. Motion granted.

**2006–1443. Columbia Gas Transm. Corp. v. Wilkins.**
Board of Tax Appeals, No. 2003–K–1876. On motion for admission pro hac vice of Andrea Wolfman by Maryann B. Gall. Motion granted.

**2006–1471. Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–B–1275. On joint motion to vacate the decision of the Board of Tax Appeals. The decision of the Board of Tax Appeals in this case is vacated, and the cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2006–1861. Filippi v. Ahmed.**
Cuyahoga App. No. 86927, 2006-Ohio-4368. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2005–2137 and 2005–2384, *Gehm v. Timberline Post & Frame,* Summit App. No. 22479, 2005-Ohio-5222; cause consolidated with 2006–1950, *Filippi v. Ahmed,* Cuyahoga App. No. 86927, 2006-Ohio-4368; and briefing schedule stayed.

**2006–2006. State ex rel. Bd. of the State Teachers Retirement Sys. of Ohio v. Davis.**
Hamilton App. No. C–060760. On motion for stay of court of appeals' judgment. Motion denied.

**2006–2036. State v. Lindsey.**
Franklin App. Nos. 06AP–189, 06AP–190 and 06AP–191, 2006-Ohio-5203. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2035, *State v. Lindsey,* Franklin App. Nos. 06AP–189, 06AP–190 and 06AP–191, 2006-Ohio-5203; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006–2056. State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland.**
In Mandamus. On answer of respondent. Alternative writ granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relators shall file their brief within 10 days of the filing of the evidence; respondents shall file their brief within 20 days after the filing of relators' brief; and relators may file a reply brief within 7 days after filing of respondents' brief.

**2006–2070. State v. Dennis.**
Franklin App. No. 05AP–1290, 2006-Ohio-5777. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2042, *State v. Dennis,* Franklin App. No. 05AP–1290, 2006-Ohio-5777; and briefing schedule stayed.

PFEIFER, J., dissents.